JEFFREY J. DONTIGNEY *v.* DEPARTMENT OF
CORRECTION
(AC 20563)

Foti, Schaller and Flynn, Js.

Submitted on briefs April 6—officially released May 8, 2001

Per Curiam. The judgment is affirmed.

STEPHEN J. LANDA *v.* DEPARTMENT OF
MOTOR VEHICLES
(AC 20685)

Foti, Schaller and Flynn, Js.

Submitted on briefs April 6—officially released May 8, 2001

Per Curiam. The judgment is affirmed.